## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MARK HOLICK,                )
                            )
        Plaintiff,           )
v.                          )        No. 16-cv-1188-JTM-KGG
                            )
JULIE A. BURKHART,          )
                            )
        Defendant.           )

### NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA TO DAVID GITTRICH

Comes Now, David Gittrich, a third party to this action, by and through his counsel Carl F.A. Maughan and, subject to the agreements he has reached with the attorneys for the defendant limiting the scope and extent of the subpoena and requests for productions of documents, hereby gives notice of his intent to withdraw the July 28, 2017 motion to quash the subpoena and objections to the request for production of documents.

Respectfully submitted,
/s/ Carl Maughan
Carl Maughan, KS #18447
Attorney for David Gittrich
4425 W. Zoo Blvd. Suite 5
Wichita Ks 67212
Carl@mlglc.com

1

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 11th day of August, 2017, a true and correct copy of the above and foregoing was filed electronically using the federal courts' Case Management and Electronic Case Files system, which will send a notice of electronic filing and a copy of the filing to all counsel of record.

    /s/ Carl Maughan
Carl Maughan, KS #18447