IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| MARK HOLICK,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>JULIE A. BURKHART,<br>　　　　　Defendant,<br><br>BRUCE GARREN,<br>　　　　　Third Party Defendant. | ) Case No. 16-CV-1188-JTM-KGG |

## NOTICE OF WITHDRAWAL OF MOTION TO
## QUASH SUBPOENA TO BRUCE GARREN

**COMES NOW,** Bruce Garren, a third party to this action, by and through his counsel Peter J. Orsi, II, and subject to the agreements he has reached with the attorneys for the defendant limiting the scope and extent of the subpoena and requests for production of documents, hereby gives notice of his intent to withdraw his July 31, 2017 motion to quash the subpoena and objection to the request for production of documents.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Peter John Orsi, II
　　　　　　　　　　　　　　　　　　PETER JOHN ORSI, II, SC #11742
　　　　　　　　　　　　　　　　　　200 W. Douglas Ave.
　　　　　　　　　　　　　　　　　　O.G. Garvey Bldg., Suite 1010A
　　　　　　　　　　　　　　　　　　Wichita, KS 67202
　　　　　　　　　　　　　　　　　　Attorney for Defendant Bruce Garren

## CERTIFICATE OF MAILING

THIS IS TO CERTIFY that on this 16th day of August, 2017, a true and correct copy of the above and foregoing Notice was electronically filed with the Clerk of the Court by using the CM/ECF System which will send a notice of the filing to the following:

Erin Thompson
Morgan Pilate LLC
926 Cherry Street
Kansas City, MO 64106
ethompson@morganpilate.com

John Hall
Marianne Kies
Covington & Bruling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001

Donald A. McKinney
5 Douglas Avenue
Wichita, KS 67207
damlaw1@cox.net

/s/ Peter John Orsi, II
PETER JOHN ORSI, II, SC#11742
200 W. Douglas Ave.
O.G. Garvey Bldg., Suite 1010A
Wichita, KS 67202
Tel: 316-267-2871
Fax: 316-262-1463
pete@orsilaw.com