IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MARK HOLICK, | ) | |
|             Plaintiff, | ) | |
| v. | ) | No. 16-cv-1188-JTM-KGG |
| | ) | |
| JULIE A. BURKHART, | ) | |
|             Defendant. | ) | |

**PLAINTIFF'S EXHIBIT INDEX AND EXHIBIT TO
RESPONSE TO DEFENDANT'S MOTION TO STRIKE**

Plaintiff Mark Funk hereby files this Exhibit Index and the attached exhibit, to his Response to Defendant's Motion to Strike Plaintiff's Motion for Partial Summary Judgment.

**EXHIBIT INDEX**

1.      Excerpt from Deposition of Julie Burkhart, April 10, 2018, attached.

> Respectfully submitted,
>  /s/ Donald A. McKinney
> Donald A. McKinney, #13415
> 3122 N. Cypress Rd. #500
> Wichita, Kansas 67226
> 316-686-1477, fax: 316-684-7719
> Email: damlaw1@cox.net
> *Attorney for Plaintiff Mark Hoick*

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 2nd day of January, 2019, a true and correct copy of the foregoing was filed electronically using the federal courts' CM/ECF system, which sends a notice of electronic filing and a copy of the filing to all counsel of record.

>  /s/ Donald A. McKinney
> Donald A. McKinney, KS #13415

# In The Matter Of:

*Mark Holick vs.*
*Julie A. Burkhart*

---

*Julie Burkhart*
*April 10, 2018*

---

*Hancock Reporting*
*6335 SW Diamond Road*
*Augusta, Kansas 67010*
*316.655.2746*
*michelle@hancockreporting.com*

Min-U-Script® with Word Index

EXHIBIT 1

| Mark Holick vs. | Julie Burkhart |
|---|---|
| Julie A. Burkhart | April 10, 2018 |

### Page 1

```
       IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF KANSAS

MARK HOLICK,              )
                          )
         Plaintiff,       )
                          )   Case No.
    vs.                   )   6:16-CV-01188-JTM-KGG
                          )
JULIE A. BURKHART,        )
                          )
         Defendant.       )
_____)

         V I D E O T A P E D   D E P O S I T I O N

     The deposition of JULIE BURKHART, taken on
behalf of the plaintiff, pursuant to the Federal Rules
of Civil Procedure, before Michelle D. Hancock, a
Certified Shorthand Reporter of Kansas, at 106 East 2nd
Street, Wichita, Sedgwick County, Kansas, on the 10th
day of April, 2018, at 10:10 AM.

              A P P E A R A N C E S

     Plaintiff appeared by and through Mr. Donald A.
McKinney, McKinney Law Firm, 3122 Cypress Drive, #500,
Wichita, Kansas 67226, and via telephone by Mr. Martin
A. Cannon, Jr., Attorney at Law, 24000 210th Street,
Crescent, Iowa 51526-8100.
     Defendant appeared by and through Ms. Julia Post
of Covington & Burling, One CityCenter, 850 10th Street,
NW, Washington D.C. 20001, and Mr. Robert V. Eye, Robert
V. Eye Law Office, 4840 Bob Billings Parkway, Suite
```

### Page 2

```
1010, Lawrence, Kansas 66049.
     Also present:  Mr. Kerry Burrow, Videographer.




                    I N D E X
JULIE BURKHART
   Direct Examination by Mr. McKinney          5
   Cross-Examination by Ms. Post             239
   Redirect Examination by Mr. McKinney      247


EXHIBITS:                  MARKED FOR IDENTIFICATION
Deposition Exhibit
 1 - Petition for Protection from Stalking Order     4
 2 - Temporary Order of Protection from Stalking     4
 3 - Transcript of Julie Burkhart dated 4-11-14      4
 4 - exhibit marked but not used
4A - 9-1-11 email thru 7-19-12 email               128
     (BUR 00019985-87; 0002008)
4B - 5-17-11 email string  (BUR 00019968-972)      141
4C - 6-15-12 email string                          266
     (BUR 00019988-991; 00019997)
```

### Page 3

```
 5 - 2-18-13 email thru 3-5-13 email                67
     (BUR 189-192; 00020054-55; 0020057-58)
5A - privilege log (11/15/2017)                    123
 6 - 11-27-12 email string with attachments re     156
     Trust Women board minutes   (BUR 00020033-043)
6A - 11-16-21 email with attachments re            166
     re press release and LTEs (BUR 00020009-019;
     00020022-23; 00020025-26; 00020028-032)
 7 - 6-11-13 email thru 12-17-15 email             185
     (BUR 00020137-142; 00020233-36; 00020274-77;
     00020293-0307)
 8 - WPD flyer re November 17th event  (BUR 005)   185
 9 - no exhibit marked
10 - 1-16-13 email string  (BUR 00020046-48)       222
11 - color photo                                   155
12 - B&W photo                                      39
13 - B&W Adopt an Abortion-Homicide Promoter flyer  46




SIGNATURE OF WITNESS                               266


CERTIFICATE OF CERTIFIED SHORTHAND REPORTER        267
```

### Page 4

        (Deposition Exhibits 1 through 4
        marked for identification.)
        **THE VIDEOGRAPHER:** Today is April 10,
2018. The time is approximately 10:10 AM. We're at
the law office of Lee Thompson, 106 East 2nd Street,
Wichita, Kansas. We're here for the videotaped
deposition of Julie Burkhart in the matter of Mark
Holick versus Julie A. Burkhart in the United States
District Court for the District of Kansas, case
number 6:16-CV-01188-JTM-KGG. The videographer
today is Kerry Burrow. All parties may now
introduce themselves for the record and we can swear
the witness.
        **MR. McKINNEY:** This is Don McKinney for
plaintiff Mark Holick.
        **MS. POST:** Mr. Cannon, do you want to
identify yourself.
        **MR. McKINNEY:** Mr. Cannon.
        **MR. CANNON:** Sorry. I had it on mute.
Martin Cannon appearing also as counsel for Mark
Holick.
        **MR. EYE:** By phone.
        **MS. POST:** Is there anyone else for
plaintiff?
        **MR. McKINNEY:** No.

**Page 25**

1 A. For Trust Women, it would be 100 percent, if I
2     understand your question correctly.
3 Q. Okay. What about South Wind Women's Center, what
4     percentage of their operating costs are provided by
5     donors?
6         MS. POST: Object --
7 A. Ze --
8         MS. POST: -- to the form. Object to
9     the form.
10 A. Zero.
11 Q. Roughly how much on an annual basis does Trust Women
12     receive in donations?
13 A. One million.
14 Q. Where does that come from?
15         MS. POST: Objection; vague.
16 A. I believe I already answered that. Could you
17     clarify your question?
18 Q. When you say that Trust Women gets $1 million in
19     donations annually, who provides that?
20         MS. POST: Same objection.
21 A. Contributors.
22 Q. Are any of these contributors foundations?
23 A. Yes.
24 Q. So who would they be? Which foundations?
25 A. I can't say off the top of my head. I would have to

**Page 26**

1     look at a list. We have many.
2 Q. Roughly how many foundations do you have that donate
3     to Trust Women?
4 A. I can't even say at this point.
5 Q. Well, what's your best estimate today?
6         MS. POST: Objection; calls for
7     speculation.
8 A. I can't say.
9 Q. Well, is it more than five?
10 A. I -- yes, I assume so.
11 Q. More than 10?
12 A. I would have to look at a list in order to say
13     accurately how many foundations contribute to Trust
14     Women.
15 Q. I'm not asking for an accurate number. I'm asking
16     for a general estimate. Is it more than a dozen?
17 A. I would have to look at a list.
18 Q. Same question for South Wind. How much do they
19     receive annually in donations?
20         MS. POST: Objection; assumes --
21     misstates testimony and asked and answered.
22 A. I thought I already answered this. I said zero.
23 Q. So how do you decide when somebody gives a donation
24     to Trust Women how much of that would go to South
25     Wind in Wichita?

**Page 27**

1         MS. POST: Objection; assumes facts not
2     in evidence.
3 A. I don't understand your question.
4 Q. Well, you're the founder and director of Trust
5     Women, correct?
6 A. Yes.
7 Q. And the CEO, correct?
8 A. Yes.
9 Q. Okay. When you get a donation from a foundation to
10     Trust Women, how do you determine how much of that
11     should go to South Wind, if any?
12         MS. POST: Objection; lacks foundation.
13 A. I really don't understand the question.
14     Contributions to Trust Women go to Trust Women.
15 Q. What expenses does Trust Women have that South Wind
16     does not?
17 A. Trust Women is not a medical clinic, and so those
18     expenses are different.
19 Q. Okay. I'm still not sure what the million dollars
20     to Trust Women goes for. Can you describe what
21     Trust Women does with the million dollars it
22     receives annually in donations?
23 A. We provide startup costs for clinics, advocacy,
24     development and communications, legislative work and
25     legal.

**Page 28**

1 Q. So when you say legislative work, are you talking
2     about, among others, lobbying efforts?
3 A. Yes.
4 Q. Are you talking about contributions to political
5     campaigns?
6 A. No.
7 Q. Does Trust Women have any type of effort to
8     contribute to political campaigns?
9         MS. POST: Objection; vague.
10 A. No.
11 Q. Does Trust Women make any donations to the Feminist
12     Majority Foundation?
13 A. No.
14 Q. Now, when you say that part of the donations go
15     toward legal expenses, what kind of legal costs are
16     you talking about?
17 A. Situations that may come up that would affect our
18     organization.
19 Q. Would this lawsuit be included?
20 A. Yes.
21 Q. So your legal expenses in this lawsuit are being
22     paid by Trust Women?
23         MS. POST: Objection; lacks foundation.
24 A. Yes.
25 Q. Do these donors know when they give a donation to

| Mark Holick vs.<br>Julie A. Burkhart | Julie Burkhart<br>April 10, 2018 |
|---|---|
| **Page 29**<br>1  Trust Women that they are paying at least in part<br>2  your legal expenses?<br>3       MS. POST: Objection; calls for<br>4  speculation.<br>5  A. Could you clarify your question, please?<br>6  Q. Does Trust Women have some kind of effort to inform<br>7  its donors what the donations are going for?<br>8       MS. POST: Objection; vague.<br>9  A. Yes.<br>10 Q. Okay. Do you tell your donors that their donations<br>11 might go for your own legal expenses such as those<br>12 in this case?<br>13      MS. POST: Objection; vague.<br>14 A. Hummh. Yes.<br>15 Q. How do you tell them that?<br>16 A. Conversations.<br>17 Q. So who is the biggest donor of Trust Women?<br>18 A. I would have to look. I cannot say.<br>19 Q. Well, what's your best estimate today?<br>20      MS. POST: Objection; vague.<br>21 A. I would have to look at a list.<br>22 Q. So you're telling us today under oath that you<br>23 receive over a million dollars in donations annually<br>24 but you can't name the largest donor.<br>25      MS. POST: Objection; misstates | **Page 31**<br>1      (Off-the-record discussion.)<br>2  A. In order to accurately answer your question I would<br>3  have to look at a list of our contributors. |
| **Page 30**<br>1  witness's testimony and vague.<br>2  A. That is correct.<br>3  Q. Are there any corporations that donate to Trust<br>4  Women other than the foundations you were talking<br>5  about?<br>6       MS. POST: Objection; form.<br>7  A. Not to my knowledge.<br>8  Q. Are there any individuals that give donations to<br>9  Trust Women other than the foundations you've talked<br>10 about?<br>11 A. Yes.<br>12 Q. Okay. Who are they?<br>13 A. Could you clarify that question, please?<br>14 Q. Yeah. Who are the individuals that give donations<br>15 to Trust Women?<br>16 A. Once again, I would to look at a list.<br>17 Q. So as you sit here today, you cannot name a single<br>18 individual that gives a donation to Trust Women?<br>19      MS. POST: Objection; misstates the<br>20 witness's testimony, asked and answered.<br>21 A. I would have to look at a list in order to name our<br>22 contributors.<br>23 Q. Okay. So you can't give me a single name today. Is<br>24 that what you're saying?<br>25      MS. POST: Same objections. | |