Burkhart
DEPOSITION
EXHIBIT
1

FILED
APP DOCKET NO. __MV__

2013 MAR -7  A 10: 02

CLERK OF DIST COURT
SEDGWICK COUNTY, KS

BY _____

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

__Julie A. Burkhart__
Plaintiff

vs.

__Mark Hollick__,
Defendant

Case No. __13 D M 1453__

## PETITION FOR PROTECTION FROM STALKING ORDER
(K.S.A. 60-31a01 *et seq.*)

1. Plaintiff seeks an order for protection from stalking for:
   - [X] myself; or
   - [ ] my minor child (under age 18); or
   - [ ] a minor child who lives with me.

2. The minor child for whom Plaintiff seeks protection is: (give full name and year of birth)

   NAME                                              YOB
   _____

3. Defendant, __Mark Hollick__ (name), can be served at: (please provide all available addresses)

   HOME: street __543 S. Limuel Ct.__ city __Wichita__
   state __KS__ zip code __67335__ phone number __316.722.5353__
   times when defendant is usually there __Unknown__

   WORK: street __Word of Life, 3811 N. Meridian__ city __Wichita__
   state __KS__ zip code __67204__ phone number __316.838.9200__
   times when defendant is usually there __Unknown__

   OTHER: street __Spirit One__ city __Unknown address__
   state _____ zip code _____ phone number __316.303.0095__
   times when defendant is usually there __Unknown__

   pastor@spiritonecc.org

PLAINTIFF'S EXHIBIT 1

PS-2991 (Page 5)

13 D-M 1453

4. Describe the incidents of stalking. Include specific facts, dates and locations:

Incident #1: Sat, Nov. 17, 2012, 11:30 a.m. - 1:30 p.m., Neighborhood, Picketing @ my house and my neighborhood. Handed out a wanted-style flyer about me, Julie Burkhart. Had posters w/ inflammatory language.

Incident #2: Fri, Feb. 15, 2013, 7:30 a.m. - 9:30 a.m. Pointed a sign towards my house that said "WHERE'S YOUR CHURCH." My former boss was murdered in his church. Used a bull horn or way to magnify volume.

Additional Incident(s), if any: January 2013 - Mark Holick was at my place of business, standing in the middle of the driveway, with John Pride. He also walked the perimeter of the building, scoping it out.

(Attach additional pages as needed.)

5. Plaintiff needs a protection from stalking order because: he is engaging in behavior meant to scare and intimidate me. He also uses violent language, which I take very seriously.

6. The stalking occurred in this county. Sedgwick County, KS.

7. Plaintiff requests that the Court issue an Ex Parte Temporary Order of Protection and Final Order of Protection restraining defendant from:

☒ following, harassing, telephoning, contacting or otherwise communicating with the protected person
☒ abusing, molesting or interfering with the privacy or rights of the protected person
☒ entering or coming on or around the premises or the residence of the protected person located at:_____
and the workplace located at: 5101-5107 E. Kellogg, Wichita, 67218
(Give address or other description of residence and workplace from which Defendant is to be excluded. DO NOT include the residential address if it is to remain confidential.)

8. The court shall give copies of orders to the appropriate law enforcement agencies; set a date, time and hearing on this matter; and issue summons to Defendant, notifying Defendant of this action and the relief requested.

13 DM 1453

9. After a hearing, the court should issue a final order of protection prohibiting Defendant from committing any acts of stalking against the protected person; order Defendant to pay court costs and attorney fees if appropriate; and order any other relief necessary for the safety of the protected person including:

_____
_____
_____

*Plaintiff's signature* _____
Plaintiff's Name: _____

(DO NOT include the residential address of the Plaintiff in this petition if it is to remain confidential. If the address is to remain confidential, Plaintiff must complete the Protection from Stalking Confidential Address Form and include it with this petition.)

Attorney representing Plaintiff (if any)
Attorney's Name: _____
Address 1: _____
Address 2: _____
City, State, Zip: _____
Telephone: _____

## VERIFICATION

STATE OF _____ )
                                  ) ss:
COUNTY OF _____ )

I swear or affirm that the statements made in this Petition are true and correct to the best of my knowledge and belief and that I am the person filing this petition.

_____
*Plaintiff's signature*

13 D·M 1453

SUBSCRIBED AND SWORN to before me, a Notary Public, this 7th day of _March_ 20_13_.

_Louise Cody_
Notary Public

My Appointment Expires:
_____



Julie A. Burkhart

13 D·M 1453

## SUPPLEMENT TO QUESTION 4

Please see, attached flyer from the Sat, Nov. 17, 2012 picket in front of my house.

# ADOPT AN ABORTION-HOMICIDE PROMOTER

ADOPTION: As an employee of the late abortionist Tiller, Julie Burkart is responsible for the mass murder of thousands of innocent children. Now she wants to do it again! Adoption is the loving option, not only for babies, but also for adults who have lost their way. Join us in adopting abortion promoter Julie Burkhart who is conspiring to take the lives of precious children in Wichita again. Help us lead Julie Burkhart to Christ Jesus our Lord.



Abortion-Homicide Leader Julie Burkhart
She lives at 161 S. Belmont
Wichita, Kansas 67218



Baby Samuel being operated on in the womb
100% human, 100% alive, 100% innocent
Note: This is not an aborted/dead baby, but a live baby

Please lovingly consider adopting this woman. She needs to know there is a better way -- The Lord's Way!
*Today I have given you the choice between life and death, Choose life! -- Deut. 30:19*

## WHAT YOU CAN DO:

- Adopt Julie Burkhart and pray for her repentance and salvation through Jesus Christ.
- Recruit other loving Christians to join you in prayer for her.
- Do a public outreach at her home, 161 S. Belmont, Wichita, Kansas
- Write a letter and ask her to stop murdering innocent babies. Tell her about the forgiveness and love of Jesus Christ, if she is willing to turn from her sins and accept the Lord.
- Alert the public of the massacre of innocent children by this woman. Bring awareness to this horrific sin.
- Copy this flyer and distribute it. Some suggestions for distributing:
    - Local hospitals, medical professionals, and other associates, especially those who may know her
    - Her neighbors, colleagues, family, and friends and neighboring businesses near her
    - People who are probably unaware of the Truth and what she does for money $$$
    - Local evangelical Churches.

Abortion will come to an end when Christians/the church of Jesus Christ makes up her mind it will come to an end and not one second sooner!

Julie Burkhart is our neighbor, *your* neighbor. As Christians we are called to love her. Our actions could bring her to Jesus and eternal life. Encourage her to repent of the mass murder of the Lord's preborn children!

Lastly, please remind her that, *"God hates the hands that shed innocent blood." Pr. 6:17*

*Spirit One Christian Ministries 316.722.5353*

