# Exhibit A

```
 1          IN THE UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF KANSAS
 3
 4   MARK HOLICK,
 5            Plaintiff,
 6
 7       vs.        Case No.
 8                  6:16-CV-01188-JTM-KGG
 9   JULIE A. BURKHART,
10            Defendant.
11
12                  VIDEOTAPED
13                  DEPOSITION OF
14                  MARK HOLICK,
15   taken on behalf of the Defendant, pursuant to
16   Notice to Take Deposition, beginning at 9:35
17   a.m. on April 27, 2018, at the Law Office of
18   Peter Orsi, 200 W. Douglas, Suite 1010A, in
19   the City of Wichita, County of Sedgwick, and
20   State of Kansas, before Cameron L. Preheim,
21   Certified Court Reporter.
22
23
24
25
```

| | | |
|---|---|---|
| 1 | outreach? | 12:32:37 |
| 2 | A. I do not. | 12:32:38 |
| 3 | Q. You passed out the flyer yourself on | 12:32:40 |
| 4 | that date, correct? | 12:32:43 |
| 5 | A. There was about 20 to 25 of us that | 12:32:44 |
| 6 | passed these out. | 12:32:47 |
| 7 | Q. And you were one of them? | 12:32:48 |
| 8 | A. I was. | 12:32:49 |
| 9 | Q. Where did you pass it out? | 12:32:50 |
| 10 | A. I believe I was two or three blocks | 12:32:54 |
| 11 | east, southeast. I did -- I did that area. | 12:33:04 |
| 12 | Q. Of -- two to three blocks southeast | 12:33:09 |
| 13 | of Ms. Burkhart's home? | 12:33:11 |
| 14 | A. Yes, correct. | 12:33:12 |
| 15 | Q. To whom did you pass out this flyer? | 12:33:13 |
| 16 | A. We just went to different blocks and | 12:33:19 |
| 17 | just went door to door. | 12:33:21 |
| 18 | Q. Door to door. Directing your | 12:33:22 |
| 19 | attention to the bottom of Exhibit 10 -- | 12:33:26 |
| 20 | A. Uh-huh. | 12:33:31 |
| 21 | Q. -- do you see the last line on the | 12:33:33 |
| 22 | page? | 12:33:35 |
| 23 | A. Yes. | 12:33:36 |
| 24 | Q. Could you please read it aloud? | 12:33:36 |
| 25 | A. Spirit One Christian Ministries, | 12:33:38 |

| | | |
|---|---|---|
| 1 | (316) 722-5353. | 12:33:40 |
| 2 | MS. KIES:  Let's go off the record. | 12:33:50 |
| 3 | THE VIDEOGRAPHER:  It is 12:33 p.m., | 12:33:52 |
| 4 | we're going off the record. | 12:33:56 |
| 5 | (THEREUPON, a recess was taken.) | 13:44:10 |
| 6 | THE VIDEOGRAPHER:  It is 1:43 p.m., | 13:43:10 |
| 7 | we're back on the record. | 13:43:12 |
| 8 | BY MS. KIES: | 13:43:13 |
| 9 | Q.  When we left off we were discussing | 13:43:13 |
| 10 | the November 17, 2012, outreach and I wanted | 13:43:15 |
| 11 | to ask you, what was the purpose of that | 13:43:19 |
| 12 | outreach? | 13:43:22 |
| 13 | A.  To save as many little baby boys and | 13:43:23 |
| 14 | girls as we could, to stop the shedding of | 13:43:29 |
| 15 | innocent blood, to stop the destruction of | 13:43:32 |
| 16 | these babies and their body parts being sold, | 13:43:35 |
| 17 | to get the church of the Lord Jesus Christ | 13:43:39 |
| 18 | involved, to preach the Gospel of the Lord | 13:43:43 |
| 19 | Jesus. | 13:43:47 |
| 20 | Q.  Any other reasons? | 13:43:47 |
| 21 | A.  Probably. | 13:43:48 |
| 22 | Q.  What other reasons can you think of? | 13:43:49 |
| 23 | A.  That's what I can think of at the | 13:43:51 |
| 24 | moment. | 13:43:53 |
| 25 | Q.  Okay.  Why did you decide to come to | 13:43:55 |

| | | |
|---|---|---|
| 1 | the event? | 13:43:59 |
| 2 | A. I've been doing pro-life ministry | 13:43:59 |
| 3 | since 1978. | 13:44:02 |
| 4 | Q. And this was another pro-life | 13:44:04 |
| 5 | ministry? | 13:44:09 |
| 6 | A. Uh-huh, yes. | 13:44:10 |
| 7 | Q. What were you trying to accomplish | 13:44:11 |
| 8 | yourself at the outreach? | 13:44:13 |
| 9 | A. The list that I just gave you. | 13:44:16 |
| 10 | MR. CANNON: Which was the date on | 13:44:17 |
| 11 | one that again? | 13:44:19 |
| 12 | MR. MCKINNEY: November 17, 2012. | 13:44:20 |
| 13 | MR. CANNON: Okay. | 13:44:22 |
| 14 | BY MS. KIES: | 13:44:23 |
| 15 | Q. There are other public spaces in | 13:44:25 |
| 16 | Wichita, right? | 13:44:27 |
| 17 | A. Uh-huh, yes. | 13:44:28 |
| 18 | Q. But you chose to go to a residential | 13:44:30 |
| 19 | neighborhood that day? | 13:44:34 |
| 20 | A. No, I was on the street, it's very | 13:44:35 |
| 21 | -- one of the busiest streets in Wichita. | 13:44:38 |
| 22 | Q. Is it your testimony that there | 13:44:41 |
| 23 | aren't any other public locations in Wichita? | 13:44:43 |
| 24 | A. No, that is not my testimony. | 13:44:45 |
| 25 | Q. And you're aware, of course, that | 13:44:48 |

| | | |
|---|---|---|
| 1 | A. Uh-huh. Wait. | 13:46:29 |
| 2 | MR. CANNON: Try 50. | 13:46:33 |
| 3 | BY MS. KIES: | 13:46:34 |
| 4 | Q. 50 years? | 13:46:35 |
| 5 | MR. MCKINNEY: I'm going to object. | 13:46:36 |
| 6 | A. I've been doing this for 40 years? | 13:46:37 |
| 7 | BY MS. KIES: | 13:46:37 |
| 8 | Q. 40 years. | 13:46:39 |
| 9 | MR. MCKINNEY: I'm going to object | 13:46:39 |
| 10 | to the form because she asked you about one | 13:46:40 |
| 11 | thing and then you gave a different answer, | 13:46:42 |
| 12 | and then she said about 40 years. It's not | 13:46:44 |
| 13 | clear about what she or you were talking | 13:46:47 |
| 14 | about. | 13:46:49 |
| 15 | THE WITNESS: Okay. | 13:46:49 |
| 16 | MR. CANNON: Especially with my bad | 13:46:50 |
| 17 | math. | 13:46:52 |
| 18 | A. 40 years, I guess so. That's kind | 13:46:52 |
| 19 | of depressing. Okay. | 13:46:54 |
| 20 | BY MS. KIES: | 13:46:55 |
| 21 | Q. So 40 years of pro-life outreach, | 13:46:56 |
| 22 | and in that time, you've attended multiple | 13:46:58 |
| 23 | pro-life events? | 13:47:00 |
| 24 | A. Sure. | 13:47:02 |
| 25 | Q. In Wichita and across the country -- | 13:47:02 |

| | | |
|---|---|---|
| 1 | A. Yes. | 13:47:04 |
| 2 | Q. -- that you testified to earlier? | 13:47:04 |
| 3 | So at those other events prior to 2012 you | 13:47:16 |
| 4 | had held signs as well? | 13:47:25 |
| 5 | A. Many times. | 13:47:26 |
| 6 | Q. And distributed flyers? | 13:47:27 |
| 7 | A. Yes. | 13:47:28 |
| 8 | Q. With abortion providers' names? | 13:47:29 |
| 9 | A. Sometimes. | 13:47:32 |
| 10 | Q. With abortion providers' home | 13:47:33 |
| 11 | addresses? | 13:47:38 |
| 12 | A. Possibly. | 13:47:38 |
| 13 | Q. If you could just clarify for me, | 13:47:40 |
| 14 | when you say pro-life ministry, what does | 13:47:47 |
| 15 | that mean? | 13:47:49 |
| 16 | A. We've been over this. | 13:47:49 |
| 17 | MR. MCKINNEY: Yeah, I'll object as | 13:47:51 |
| 18 | asked and answered. | 13:47:53 |
| 19 | A. Do you want me to repeat it? | 13:47:54 |
| 20 | BY MS. KIES: | 13:47:56 |
| 21 | Q. Just one more time if you don't | 13:47:57 |
| 22 | mind. | 13:47:58 |
| 23 | A. Okay. To preach the Gospel of the | 13:47:58 |
| 24 | Lord Jesus. | 13:48:00 |
| 25 | Q. Uh-huh. | 13:48:00 |

| | | |
|---|---|---|
| 1 | A.  To save as many innocent baby boys | 13:48:01 |
| 2 | and girls as we can. | 13:48:03 |
| 3 | Q.  Uh-huh. | 13:48:04 |
| 4 | A.  To stop the shedding of innocent | 13:48:05 |
| 5 | blood. | 13:48:05 |
| 6 | Q.  Uh-huh. | 13:48:05 |
| 7 | A.  To stop the horrific abuse of these | 13:48:08 |
| 8 | children and the selling of their parts for | 13:48:11 |
| 9 | money. | 13:48:13 |
| 10 | Q.  Uh-huh. | 13:48:13 |
| 11 | A.  And to preach the Gospel of the Lord | 13:48:13 |
| 12 | Jesus. | 13:48:17 |
| 13 | Q.  Okay.  When you attended the | 13:48:19 |
| 14 | November 17, 2012, outreach, did you want Ms. | 13:48:24 |
| 15 | Burkhart to know that you were there? | 13:48:30 |
| 16 | A.  It really didn't -- it was not a | 13:48:31 |
| 17 | part of why I was there. | 13:48:34 |
| 18 | Q.  So you standing two blocks away from | 13:48:36 |
| 19 | Ms. Burkhart's residence had nothing to do | 13:48:38 |
| 20 | with it? | 13:48:41 |
| 21 | MR. MCKINNEY:  Objection, | 13:48:41 |
| 22 | argumentative.  I think he already answered | 13:48:42 |
| 23 | that. | 13:48:44 |
| 24 | MR. CANNON:  Yeah, same objection. | 13:48:46 |
| 25 | A.  I was on Douglas Street because it | 13:48:47 |

| | | |
|---|---|---|
| 1 | would reach -- it's one of the busiest | 13:48:49 |
| 2 | streets in Wichita and I wanted to reach as | 13:48:51 |
| 3 | many people as I could. | 13:48:53 |
| 4 |     BY MS. KIES: | 13:48:54 |
| 5 |     Q.  And you were aware at that time that | 13:48:54 |
| 6 | Ms. Burkhart had plans to open South Wind? | 13:48:56 |
| 7 |     A.  Yes. | 13:48:59 |
| 8 |     Q.  When we left off, we were looking at | 13:49:05 |
| 9 | the flyer, which was -- | 13:49:08 |
| 10 |     THE COURT REPORTER:  Exhibit 10. | 13:49:17 |
| 11 |     BY MS. KIES: | 13:49:18 |
| 12 |     Q.  -- Exhibit 10.  When you distributed | 13:49:18 |
| 13 | flyers at pro-life outreach events, did you | 13:49:22 |
| 14 | always provide some form of contact | 13:49:25 |
| 15 | information on the flyers? | 13:49:28 |
| 16 |     A.  To my knowledge, yes. | 13:49:29 |
| 17 |     Q.  Why? | 13:49:30 |
| 18 |     A.  So that people who were interested | 13:49:31 |
| 19 | in praying for them could join us. | 13:49:36 |
| 20 |     Q.  Praying for them, and who is "them"? | 13:49:38 |
| 21 |     A.  The abortionists. | 13:49:39 |
| 22 |     Q.  Okay.  And did you always provide a | 13:49:41 |
| 23 | telephone number -- | 13:49:44 |
| 24 |     MR. MCKINNEY:  Object to form. | 13:49:47 |
| 25 |     BY MS. KIES: | 13:49:47 |

| | | |
|---|---|---|
| 1 | asked to do so? | 14:03:22 |
| 2 |     MR. MCKINNEY:  Object to the form. | 14:03:23 |
| 3 |   A.  No.  I just typically do it when we | 14:03:24 |
| 4 | do these events.  I bring signs because I | 14:03:27 |
| 5 | have them. | 14:03:30 |
| 6 |     BY MS. KIES: | 14:03:30 |
| 7 |   Q.  You have sort of a standing | 14:03:34 |
| 8 | collection of signs for pro-life outreach? | 14:03:35 |
| 9 |   A.  I do.  Now, I used to. | 14:03:37 |
| 10 |     THE COURT REPORTER:  I'm sorry, that | 14:03:40 |
| 11 | wasn't clear to me. | 14:03:40 |
| 12 |   A.  I used to. | 14:03:41 |
| 13 |     THE COURT REPORTER:  Thank you. | 14:03:44 |
| 14 |     BY MS. KIES: | 14:03:46 |
| 15 |   Q.  Does your collection of signs | 14:03:46 |
| 16 | include any sign that says, "Where Is Your | 14:03:47 |
| 17 | Church?" or "Where's Your Church?"? | 14:03:50 |
| 18 |   A.  Yes. | 14:03:52 |
| 19 |   Q.  Ms. Burkhart also based her petition | 14:04:00 |
| 20 | for protection from stalking on the fact that | 14:04:04 |
| 21 | you were outside South Wind in January 2013, | 14:04:05 |
| 22 | correct? | 14:04:09 |
| 23 |   A.  I believe -- | 14:04:09 |
| 24 |     MR. MCKINNEY:  Object to form. | 14:04:10 |
| 25 |   A.  I believe I read that in her | 14:04:12 |

| | | |
|---|---|---|
| 1 | petition. | 14:04:14 |
| 2 | BY MS. KIES: | 14:04:14 |
| 3 | Q. Do you remember being outside South | 14:04:15 |
| 4 | Wind in January 2013? | 14:04:17 |
| 5 | A. Yes. | 14:04:18 |
| 6 | Q. Were you aware at that time that | 14:04:19 |
| 7 | South Wind hadn't opened yet? | 14:04:24 |
| 8 | A. I don't recall. | 14:04:28 |
| 9 | Q. You don't recall whether you were | 14:04:29 |
| 10 | aware at that time that South Wind -- | 14:04:30 |
| 11 | A. Correct. | 14:04:31 |
| 12 | Q. -- had not opened yet? | 14:04:32 |
| 13 | A. Correct. | 14:04:33 |
| 14 | Q. What do you recall about being | 14:04:34 |
| 15 | outside South Wind in January 2013? | 14:04:35 |
| 16 | A. Not much. | 14:04:38 |
| 17 | Q. Why were you there? | 14:04:45 |
| 18 | A. Because either she was getting ready | 14:04:46 |
| 19 | to open or had already opened. | 14:04:52 |
| 20 | Q. And so you were there to do what? | 14:04:56 |
| 21 | A. To preach the Gospel of the Lord | 14:04:58 |
| 22 | Jesus, to stop the shedding of innocent | 14:05:01 |
| 23 | blood, to save little baby boys and girls | 14:05:03 |
| 24 | from a horrific, painful, abusive death. And | 14:05:05 |
| 25 | to stop the sale of body parts for a buck. | 14:05:12 |

| | | |
|---|---|---|
| 1 | Q. And you knew at that time that South | 14:05:18 |
| 2 | Wind was or would be an abortion clinic, | 14:05:21 |
| 3 | right? | 14:05:23 |
| 4 | A. It was my understanding that it | 14:05:23 |
| 5 | either was or was going to be. | 14:05:25 |
| 6 | Q. All right. Did you walk around the | 14:05:26 |
| 7 | clinic in January of 2013? | 14:05:31 |
| 8 | A. I did not, and you can't walk around | 14:05:32 |
| 9 | the clinic. It's impossible. | 14:05:34 |
| 10 | Q. Why is it impossible? | 14:05:36 |
| 11 | A. Because the east and the south side, | 14:05:37 |
| 12 | you can't -- you can't -- it's private | 14:05:46 |
| 13 | property. You can't walk around it. | 14:05:48 |
| 14 | Q. And that was true in January 2013? | 14:05:57 |
| 15 | A. Yeah, and there's a -- there's a | 14:06:00 |
| 16 | canal right behind it. You would have to | 14:06:01 |
| 17 | walk through the canal to walk around it on | 14:06:03 |
| 18 | the east side. | 14:06:06 |
| 19 | Q. How deep is the canal? | 14:06:07 |
| 20 | MR. CANNON: Form, foundation. | 14:06:11 |
| 21 | A. 10 feet, 15 feet. | 14:06:12 |
| 22 | BY MS. KIES: | 14:06:15 |
| 23 | Q. It sounds like you're relatively | 14:06:15 |
| 24 | familiar with the perimeter of South Wind? | 14:06:20 |
| 25 | MR. MCKINNEY: Is that a question? | 14:06:22 |

```
1                    CERTIFICATE
2    STATE OF KANSAS
3              SS:
4    COUNTY OF SHAWNEE
5      I, Cameron L. Preheim, a Certified Court
6    Reporter, Commissioned as such by the Supreme
7    Court of the State of Kansas, and authorized
8    to take depositions and administer oaths
9    within said State pursuant to K.S.A 60-228
10   certify that the foregoing was reporter by
11   stenographic means, which matter was held on
12   the date, and the time and place set out on
13   the title page hereof and that the foregoing
14   constitutes a true and accurate transcript of
15   the same.
16     I further certify that reading and signing
17   was requested, I am not related to any of the
18   parties, nor am I an employee of or related
19   to any of the attorneys representing the
20   parties, and i have no financial interest in
21   the outcome of this matter.
22     Given under my hand and seal this 1st day
23   of May, 2018.
24             [signature]
25             Cameron L. Preheim, C.C.R No. 1335
```