**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| MARK HOLICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 6:16-cv-01188-JWB |
| | ) | |
| JULIE BURKHART, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR TRIAL MANAGEMENT ORDER**
**REGARDING TIME ALLOCATION**

Ms. Burkhart respectfully asks the Court to issue a trial management order that expands on the parameters set forth in the Court's Amended Trial Scheduling Order (ECF 314) and Trial Scheduling Order (ECF 275). Trial is scheduled to commence on Monday, September 30, 2019 at 9:00 a.m. and the parties have been allotted five trial days—until October 4, 2019—to present their case, including closing arguments. ECF 314 at 1.

To promote fairness and efficiency, Ms. Burkhart respectfully requests that the Court confirm by order that, following voir dire, fifty percent of the remaining trial time will be allotted to Mr. Holick and fifty percent will be allotted to Ms. Burkhart. Ms. Burkhart further proposes that:

- time that a party spends presenting opening statements, examining or cross-examining witnesses, presenting evidence by reading or playing a deposition transcript, or otherwise presenting argument on behalf of a party be counted as the time of that party; and

- when an objection to the examination or cross examination of a witness takes more than one minute to resolve, the full time taken to resolve the objection be charged to

the objecting party if the objection is overruled, and the examining party if the objection is sustained.

A clear case management order that equitably distributes trial time between the parties and sets forth how trial time will be allocated promotes fundamental fairness and will help the parties focus their evidence and efficiently present their case. *See Duquesne Light Co. v. Westinghouse Elec. Corp.*, 66 F.3d 604, 610 (3rd Cir. 1995) (finding time limits on parties' trial presentation permissible but observing that the "court must ensure that it allocates trial time evenhandedly"); *MCI Communications Corp. v. American Tel. and Tel. Co.*, 708 F.2d 1081, 1171 (7th Cir. 1983) (upholding trial court's decision to limit each party to 26 days for presentation of its evidence).

Ms. Burkhart invited Plaintiff to jointly submit the trial time management proposal set forth in this motion. Plaintiff declined.

Dated: September 10, 2019    Respectfully submitted,

/s/ *Robert V. Eye*

Robert V. Eye SC#10689
Robert V. Eye Law Office
4840 Bob Billings Pkwy, Suite 1010
Lawrence, Kansas 66049
785-234-4040
785-749-1202 (fax)

John E. Hall*
Jennifer L. Saulino*
Elizabeth A. Saxe*
Julia F. Post*
Marianne F. Kies*
Annie X. Wang*
Amanda A. Humphreville*
COVINGTON & BURLING LLP

One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
(202) 662-6291 (fax)
jhall@cov.com
jsaulino@cov.com
esaxe@cov.com
jpost@cov.com
mkies@cov.com
awang@cov.com
ahumphreville@cov.com

*Admitted Pro Hac Vice*

*Counsel for Julie Burkhart*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September 2019, I electronically filed the foregoing and any exhibits with the clerk of court using the CM/ECF system, which will send a notice of electronic filing and a copy of the filing to all counsel of record.

/s/ *Robert V. Eye*
Robert V. Eye